IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 19-00289-01-CR-W-GAF |
| MICHAEL ROMELLO GRAVES, | ) ) ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is Defendant Michael Romello Graves's Motion to Suppress Evidence (Doc. #18). The Government filed its Suggestions in Opposition to Defendant's motion (Doc. #23) on December 5, 2019.

On February 4, 2020, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing and on March 3, 2020, Judge Maughmer issued his Report and Recommendation (Doc. #31). Defendant filed Objections to the Report and Recommendation (Doc. #32) on March 9, 2020.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that Defendant Michael Romello Graves's Motion to Suppress Evidence (Doc. #18) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 10, 2020